ACCEPTED
14-18-00278-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/17/2018 11:24 AM
CHRISTOPHER PRINE
CLERK

NO. 14-18-00278-CV

**In the Fourteenth Court of Appeals,**
**Austin Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/17/2018 11:24:14 AM
CHRISTOPHER A. PRINE
Clerk

JOHN MCNEILL, JR., R.PH.; AND NICHOLS SOUTHSIDE PHARMACY
*Appellants,*

V.

KYLE L. JANEK, M.D., EXECUTIVE COMMISSIONER; DOUGLAS WILSON,
INSPECTOR GENERAL; AND TEXAS HEALTH AND HUMAN SERVICES COMMISSION
*Appellees.*

On appeal from the 200th Judicial District Court, Travis County,
Texas, Trial Court No. D-1-GN-14-002090
The Honorable Rhonda Hurley, Judge Presiding

**APPELLANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE OPENING BRIEF**

**RIGGS & RAY, P.C.**
Jennifer S. Riggs
Bar No. 16922300
506 West 14th Street, Suite A
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
Jriggs@r-alaw.com
COUNSEL FOR APPELLANTS

To the Honorable Justices of the Third Court of Appeals:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants move for an extension of time to file their reply brief, seeking an unopposed extension of 30 days, to and including Monday, June 18, 2018 (as a practical matter 32 days since 30 days falls on a week end day). In support of this request, Appellants show as follows:

1. Appellants filed their Notice of Appeal on March 9, 2018. The clerk's record was filed on April 4, 2018. The reporter's record was filed on April 17, 2018. The deadline to file Appellants' Opening Brief is currently May 17, 2018.

3. Appellants' counsel, Jennifer Riggs, and the law firm Riggs & Ray, P.C., have had the following conflicts keeping her from the opportunity to brief this matter fully including (1) a reply brief in an unrelated matter due on May 21, 2018; and (2) preparation and the filing on May 16 of a response to a motion to stay in a case set for trial in June in an unrelated matter, (3) and Ms. Riggs sustained an injury to her hand from a fall on May 7, 2018 which may ultimately result in needing surgical intervention.

4. The hand injury prevented Ms. Riggs from being effective in handling her docket during the past ten days because Ms. Riggs does the majority of her own document preparation and is not practiced in using

dictation methods or voice recognition software.  This resulted in a "log-jam" of work that has prevented her from completing the brief by today.

5.     The office for the undersigned counsel has contacted counsel of record for the Appellees, who does not oppose the extension of time sought herein.

6.     Appellants do not seek this extension for the purpose of inconvenience, prejudice, or delay, but so that justice may be done.

**PRAYER**

WHEREFORE, Appellants respectfully requests that the Court enter an order directing the clerk to extend the deadline for filing Appellants' Brief by 30 days, to and including Monday, June 18, 2018.

Respectfully Submitted,

*/s/ Jennifer S. Riggs*
Jennifer S. Riggs
Bar No. 16922300
506 West 14th Street, Suite A
RIGGS & RAY, P.C.
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
Jriggs@r-alaw.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

This motion is unopposed. I certify my office conferred with opposing counsel Kristofer A. Monson in an email exchange on May 17, 2018 regarding this motion and that opposing counsel responded that Appellees do not oppose this request for an extension.

/s/ Jennifer S. Riggs
Jennifer S. Riggs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Opening Brief was served via e-service on the 17th day of May, 2018 on the following:

Kristofer S. Monson
Office of the Attorney General, Solicitor General's Division
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1820(telephone)
(512) 474-2697 (facsimile)
kristofer.monson@oag.texas.gov

/s/ Jennifer S. Riggs
Jennifer S. Riggs